# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:
GLEN ANDERSON
SUSAN ANDERSON                  CHAPTER 13
                                               CASE NUMBER: 12-34620-dof
    Debtor

_____,         JUDGE: Daniel S. Opperman

## FIRST AMENDED ORDER FOR PAYMENT
## BY ELECTRONIC BANK TRANSFER

    Consistent with the Stipulation set forth:

    **IT IS HEREBY ORDERED** that funding of the plan shall be accomplished by automatic electronic transfers from the bank account designated by Debtor(s) to the Trustee's disbursement account. The amount of **$1,610.00** shall be transferred monthly.

    **IT IS HEREBY ORDERED** that Debtor(s) shall take the following steps to assure funding of the plan:

1. Give the Trustee's office a copy of a voided check or a deposit ticket bearing the bank's name, banks routing number and number of the account used by the Debtor(s).
2. Obtain from the Trustee's office an automatic debit form; sign the form and return to the Trustee's office.

.

**Signed on January 23, 2013**

                                                  **/s/ Daniel S. Opperman**
                                                  **Daniel S. Opperman**
                                                  **United States Bankruptcy Judge**