**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION at FLINT**

In re:  Glen E And Susan D Anderson

                                                    Case No. 12-34620-DOF
                                                    Chapter 13
                                                    Hon. Daniel S. Opperman

                    Debtor(s).

_____/

**TRUSTEE'S NOTICE PURSUANT TO LBR 3001-2**

    Let all interested parties take notice that the Trustee was served with notice by Beneficial Finance, a creditor with a filed §1322(b)(5) or (b)(7) proof of claim, of a change in the periodic payments due to this creditor.

Pursuant to Eastern District of Michigan Local Bankruptcy Rule 3001-2 the Chapter 13 Trustee gives the following notice:

The current plan payment will adequately fund the plan if increased by $0.00.


 Dated: February 15, 2013      /s/ Carl Bekofske
                                                    Carl L. Bekofske Standing Chapter 13 Trustee
                                                    400 N. Saginaw St. Ste 331
                                                    Flint, MI 48502
                                                    (810) 238-4675
                                                    ecf@flint13.com
                                                    P-10645

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION at FLINT**

In re:  Glen E And Susan D Anderson

Case No. 12-34620-DOF
Chapter 13
Hon. Daniel S. Opperman

                        Debtor(s).
_____/

### **CERTIFICATE OF SERVICE**


I hereby certify that on 2/15/2013 I electronically filed the Chapter 13 Trustee's Notice pursuant to LBR 3001 - 2(c) with the Clerk of the Court using the ECF system.


/s/ STEVE ROBINSON
400 N. Saginaw St. Ste 331
Flint, MI 48502
(810) 238-4675
ECF@flint13.com